IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: TYRA MARTIN | ) | CASE NO.: 23-21697 |
| | ) | CHAPTER 13 |
| DEBTOR(S) | ) | |

## OBJECTION TO CLAIM

Comes now Debtor, by and through counsel, and hereby objects to Claim No. 12-1 filed by, Merrick Bank, care of Resurgent Capital Services, for the reason that the last payment made on this obligation was more than six years prior to the Petition date of this case and Indiana Code §34-11-2-9 bars any further action to collect this debt.

**WHEREFORE**, Debtor prays that said claim be disallowed and denied in full and for all other appropriate relief.

/s/ Dan L. Whitten
Dan L. Whitten #21147-45
Counsel for Debtor
200 E. 80th Place, Suite 110
Merrillville, IN 46410
(219) 756-0555

## CERTIFICATE OF SERVICE

I certify that on November 15, 2023, service of true and complete copies of the attached pleading or paper was made upon the following:

OFFICE OF THE U.S. TRUSTEE – Via ECF Notice
PAUL R. CHAEL, CHAPTER 13 TRUSTEE - Via ECF Notice

**MERRICK BANK**
**c/o Resurgent Capital Services**
**PO Box 10368**
**Greenville, SC 29603-0368**

**Debtor**

/s/ Brittany N Jensen
BRITTANY N JENSEN