# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Tyra Lynette Martin<br>xxx−xx−0950<br>530 W. 700 N.<br>Hobart, IN 46342 | )<br>)<br>)<br>) Case Number: 23−21697−kl<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 13<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER AND NOTICE OF INITIAL TELEPHONIC PREHEARING CONFERENCE[1]

    LaPorte Community Federal Credit Union having on the 22nd day of February, 2024 filed Motion to Dismiss Case , which is a contested matter pursuant to Fed. R. Bk. P. 9014, the Court now directs, pursuant to Fed. R. Bk. P. 9014, and N.D. Ind. L.B.R. B−7016−1, that Fed. R. Bk. P. 7016 and Fed. R. Civ. P. 16 apply to said matter, and that a Pre−Hearing Conference therein be held on The 20th of March, 2024 , at 10:40 AM , or as soon thereafter as counsel may be heard.

    Counsel shall be prepared to discuss, among other things, the simplification of the issues of law, the positions of the respective parties, stipulations as to facts and the authenticity of documents, possible settlement, and any subject set out in Fed. R. Civ. P. 16(c)(1)−(16), as amended December 1, 1993.[2]

    At least one of the attorneys for each party participating in any conference before final hearing shall have authorization to enter into stipulations, and to make admissions regarding all matters that the participants may reasonably anticipate being discussed.

    Any request for a continuance must be by Verified Motion filed with the Court prior to the above hearing date showing good cause therefore signed by at least one attorney of record with copies of the same <u>first</u> served upon all opposing counsel. If no such Motion is filed, the Court may proceed to hear said Motion.

    In the event this matter is settled, the attorneys are to immediately advise the Court of that fact.

    SO ORDERED.

    Dated: February 23, 2024 .


                                                        Kent Lindquist
                                                      _____
                                                      Judge, United States Bankruptcy Court

---

[1]THIS INITIAL PREHEARING CONFERENCE SHALL BE HELD TELEPHONICALLY ON THE DATE AND TIME SET OUT ABOVE. THE COURT WILL INITIATE AND SET UP A CONFERENCE CALL WITH COUNSEL WHO SHALL BE PRESENT AND AVAILABLE IN THEIR RESPECTIVE OFFICES FOR SAID PHONE CONFERENCE AT SAID DATE AND TIME. ANY QUESTIONS SHOULD BE DIRECTED TO TOM MCCONVILLE, 219−852−3550.

[2]Pursuant to Fed. R. Bk. P. 9014, the Court hereby directs that Fed. R. Civ. P. 26(a) and (f), as made applicable by Fed. R. Bk. P. 7026, shall not apply to this contested matter at this time. The Court may at any time hereafter enter an Order directing that Fed. R. Civ. P. 26(a) and (f) shall apply to this contested matter.